FILED

2009 Aug-17  PM 02:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | | |
|---|---|---|
| CALVIN BOYD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:09-cv-157-UNAS-PWG |
| | ) | |
| WESTERN EXPRESS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

<u>O R D E R</u>

The magistrate judge filed findings and recommendation on July 13, 2009, recommending that defendant's motion to dismiss be denied.  The parties were allowed until July 30, 2009, in which to file objections to the magistrate judge's recommendation.  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED.  Accordingly, defendant's motion to dismiss is DENIED.

Done this <u>17th</u> day of <u>August 2009</u>.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

153671